UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO POLO CUERVO,

         Plaintiff,

    v.

JOSE LUIS MEJIA,

         Defendant.
_____/

NO. CIV. S-08-1771 LKK/DAD PS

O R D E R

On July 31, 2008, Plaintiff Marco Polo Cuervo ("Plaintiff"), a citizen of Bakersfield, California, filed a complaint against Defendant Jose Luis Mejia ("Defendant"), a citizen of the District of Columbia, alleging a breach of contract in Los Angeles, California. Shortly thereafter, on October 14, 2008, this court dismissed Plaintiff's complaint without prejudice because venue in the Eastern District of California was improper.

Plaintiff subsequently filed a motion to reconsider on November 6, 2008 arguing that this court lacked jurisdiction to dismiss his case for lack of venue. However, on November 11, 2008, and before this court could rule on this motion, Plaintiff appealed

1

1  the dismissal of his case. On April 6, 2009, Plaintiff's appeal was
2  dismissed for failure to prosecute.
3      Plaintiff's November 6, 2008 motion to reconsider is pending
4  because his appeal was filed before the court had an opportunity
5  to rule. Because the Court of Appeals dismissed Plaintiff's appeal,
6  and because this court has the power to dismiss cases for improper
7  venue, Fed. R. Civ. Pro. 12(b)(3), Plaintiff's motion to reconsider
8  is denied.
9      IT IS SO ORDERED.
10     DATED: September 30, 2009.

/s/ Lawrence K. Karlton

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2